UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STACY DEWHITE BROWN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DEPARTMENT OF PUBLIC SAFETY, )<br>)<br>Respondent. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-HC-2112-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Brown's petition for habeas corpus relief [D.E. l] is DISMISSED WITHOUT PREJUDICE as unexhausted. The court DENIES a certificate of appealability. The court GRANTS petitioner's motion to amend [D.E. 4] and DENIES petitioner's motion for appointment of counsel [D.E. 6].

**This Judgment Filed and Entered on December 18, 2019, and Copies To:**

Stacy Dewhite Brown                                   (Sent to Wake Correctional Center via US Mail)

DATE:                                                        PETER A. MOORE, JR., CLERK

December 18, 2019                                       (By)  /s/ Nicole Sellers
                                                                    Deputy Clerk